### 12521. CHAMBLISS v. CHANDLER.

BROYLES, C. J. This being the first grant of a new trial, and the verdict not having been demanded by the law and the evidence, the discretion of the judge in granting another trial will not be controlled.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 26, 1921.

Trover; from city court of Greenville — Judge Hood presiding. May 10, 1921.

*N. F. Culpepper,* for plaintiff. *R. A. McGraw,* for defendant.